ND/GA PROB 12A
(6/12)

# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF GEORGIA

Petition and Order to Terminate Probation

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 26 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**Offender: Christel Ivester**                              Docket No. **2:16-CR-002-05-RWS**

**Judicial Officer: The Honorable Richard W. Story**

**Original Sentence Date: December 21, 2016**

**Original Offense: Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 846 & 841(b)(1)(B)(viii) and Count 12: Possession of Firearm During Drug Trafficking Crime, 18 U.S.C. § 924(c)**

**Original Sentence: 72 months on Count 1, and 60 months on Count 12, to be served consecutive to Count 1, for a total sentence of 132 months. 4 year term of supervised release on Count 1 and on Count 12 to be served concurrently. Special conditions include: $200 special assessment fee, refrain from drug and alcohol use, submit to substance abuse testing and treatment, firearms restriction, DNA collection, and search condition.**

Type of Supervision: Supervised Release                 Date Supervision Commenced: **August 9, 2019**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Christel Ivester has completed 22 months of her 48 months term of supervised release. She is compliant with all standard and special conditions.

PRAYING THAT THE COURT WILL ORDER the remainder of the supervised release imposed upon Christel Ivester in the above case be terminated.

Respectfully submitted,

_Amanda Hornbeck_  3/21/2024                          _Kurt Warren_  03/26/24
Amanda R. Hornbeck          Date                         Kurt A. Warren          Date
U. S. Probation Officer                                  Supervising U. S. Probation Officer

Page 2
IVESTER, Christel
2:16-CR-002-05-RWS

**THE COURT ORDERS:**

☑ Supervision Terminated

☐ Other:

_____
The Honorable Richard W. Story
Sr. U. S. District Judge

_____
3-26-24
Date